RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/9/14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARCUS A. CARR #22244-076 | DOCKET NO. 1:14-CV-860; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| OFFICER SIERRA, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that (1) Plaintiff's claim regarding his prison job be **DENIED AND DISMISSED with prejudice;** (2) Plaintiff's request for reversal of his disciplinary conviction be **DENIED AND DISMISSED without prejudice to raising this claim in a petition for writ of habeas corpus;** and (3) Plaintiff's claim for damages related to his disciplinary conviction be **DENIED AND DISMISSED with prejudice to being asserted again until the Heck conditions are met.**

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at _Alexandria_, Louisiana, on this _9th_ day of _July_, 2014.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE